IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:10cv226

| | |
|---|---|
| In re: ALAN LEWIS ROBINSON, )<br>)<br>Debtor. )<br>_____ )<br>)<br>ALAN LEWIS ROBINSON, )<br>)<br>Appellant, )<br>)<br>vs. )<br>)<br>ROBERTS & STEVENS, P.A., )<br>)<br>Appellee. )<br>_____) | Bankruptcy Case<br>No. 09-11109<br><br><br><br><br><br><br><br><br><u>O R D E R</u> |

**THIS MATTER** is before the Court on the Debtor's "Response to Order of May 17, 2011 Requesting Amendment ...." [Doc. 10]. The Court construes the Debtor's *pro se* filing as a second request for reconsideration of this Court's Order denying his request for an interlocutory appeal.

The Court determines that none of the issues addressed in the Debtor's new motion were germane to the basis of the Court's Order for which the Debtor now seeks reconsideration. Only one of the issues is addressed in that Order, that pertaining to the payment of the filing fee, and the Court determined that to be moot. [Doc. 9 at 2 n.1]. The Court therefore concludes

that this motion must be denied. The Court also determines that the Debtor's new motion is frivolous, and the Debtor is admonished not to undertake any further frivolous filings in this Court.

**IT IS, THEREFORE, ORDERED** that the Debtor's "Response to Order of May 17, 2011 Requesting Amendment ...." [Doc. 10], which the Court construes as a motion for reconsideration, is **DENIED**.

**IT IS SO ORDERED.**

Signed: May 28, 2011

Martin Reidinger
United States District Judge